clf\quarm-patenaude\pleadings\complaint031908

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAM QUARM<br>19 Essex Court<br>Norristown, PA 19403,<br><br>                    Plaintiff,<br><br>     vs.<br><br>PATENAUDE & FELIX, A.P.C.<br>213 East Main Street<br>Carnegie, PA 15106<br><br>and<br><br>GREGG L. MORRIS<br>213 East Main Street<br>Carnegie, PA 15106<br>                 Defendants. | CIVIL ACTION<br><br><br>NO. |

## COMPLAINT

**I.     INTRODUCTION**

1.     This is an action for damages brought by a consumer pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692 ("FDCPA"). The FDCPA prohibits collectors from engaging in deceptive and unfair practices in the collection of consumer debt.

2.     Defendant debt collectors repeatedly tried to collect on a consumer debt known to them to have been discharged in bankruptcy. Then Defendants sued Plaintiff in a distant (and wrong) county, in violation of the Act's prohibition on suits in inconvenient venues.

**II.     JURISDICTION**

3.     Jurisdiction arises under 15 U.S.C. § 1692k, actionable through 28 U.S.C. §§ 1331, 1337.

4.     Both Defendants do business in the Eastern District of Pennsylvania.

### III.   PARTIES

5.      Plaintiff Sam Quarm is an adult individual residing in Norristown, Pennsylvania at the address captioned.

6.      Defendant Patenaude & Felix, A.P.C. is a law firm with a regular place of business in Carnegie, Pennsylvania, and a mailing address as captioned.

7.      Defendant Gregg Morris in an individual employed as an attorney, debt collector at Patenaude & Felix, A.P.C. with a mailing address as captioned.

8.      Defendants regularly engage in the collection of consumer debts using the mails and telephone.

9.      Defendants regularly attempt to collect consumer debts alleged to be due another.

10.     Each Defendant is a "debt collector" as that term is contemplated in the FDCPA, 15 U.S.C. § 1692a(6).

11.     Patenaude & Felix, A.P.C. and Gregg Morris are collectively referred to as "Patenaude."

### IV.   STATEMENT OF CLAIM

12.     On September 24, 2002, Plaintiff filed for Chapter 7 bankruptcy in the U.S. Bankruptcy Court for the Eastern District of Pennsylvania.

13.     On February 21, 2003, the Honorable Kevin J. Carey entered an Order discharging Quarm of his debts under Chapter 7 of Title 11 of the U.S. Code.  A copy of the discharge order is attached hereto as Exhibit "A".

14.     One of the accounts listed on Plaintiff's bankruptcy petition and discharged as a result of the Court's Order of February 21, 2003, was an automobile retail installment contract

with Ford Motor Credit Company. A copy of the Certificate of Service of the Discharge Order

showing Ford Motor Credit received notice is attached hereto as Exhibit "B".

15.     Despite notice of the discharge of the debt in March 2007, Ford Motor Credit Co.

filed a Complaint in Civil Action against Mr. Quarm in The Court of Common Pleas of

Philadelphia.

16.     Ford Motor Credit Co.'s Counsel of Record was Patenaude.

17.     Quarm contacted Morris at Patenaude on or about March 27, 2007, and reminded

Morris that the debt in question had been discharged in bankruptcy.

18.     In response, the Complaint was dismissed (but without prejudice) on or about

March 28, 2007.

19.     In May 2007, despite notice of the discharge, Defendants on behalf of Ford Motor

Credit Co. filed a second, serial Complaint in Civil Action against Mr. Quarm in The Court of

Common Pleas of Berks County, Pennsylvania.

20.     Ford Motor Credit Co.'s Counsel of Record was Patenaude.

21.     Mr. Quarm contacted Patenaude several times to inform Patenaude again that the

debt in question had been discharged in bankruptcy; Mr. Quarm again provided Patenaude with

the bankruptcy docket number.

22.     Plaintiff retained counsel, and filed preliminary objections to the venue in Berks

County.

23.     Mr. Quarm's undersigned counsel wrote to Patenaude on July 31, 2007, advising

Patenaude that venue in Berks County was improper as Quarm lived in Montgomery County and

again advising Patenaude that the debt had been discharged in bankruptcy. See letter attached

hereto as Exhibit "C".

3

24.    Patenaude, on behalf of Ford Motor Company. filed a Praecipe to Discontinue the Civil Action in Bucks County as to Sam Quarm on August 3, 2007.

25.    Defendants, by filing these suits, violated the FDCPA by attempting to collect amounts not permitted by law. 15 U.S.C. § 1692f(1).

26.    Defendants, by suing in Berks County, violated the FDCPA's strict limitation on venue. 15 U.S.C. § 1692i.

27.    Mr. Quarm's counsel again wrote to Patenaude on August 10, 2007, enclosing the Bankruptcy Court Discharge of Debtor, Schedule and Certificate of Service concerning Mr. Quarm.  See letter attached hereto as Exhibit "D".

28.    Patenaude wrote to Mr. Quarm on January 25, 2008, again regarding the same discharged Ford Motor Credit Company Account, demanding payment of the (allegedly) outstanding balance. See letter attached hereto as Exhibit "E".

29.    The January 25, 2008, letter states in part:  "Upon receipt of the settlement proceeds, the account will be considered settled in full, our office will file a satisfaction of judgment in the appropriate court, and no more sums will be due and payable."

30.    Patenaude knew that the account had been previously discharged as a result of the Chapter 7 bankruptcy proceedings.

31.    Patenaude, despite knowing that the account had been discharged, sought over and over, through successive, failed lawsuits, then further collection duns, to harass and oppress Quarm into paying a debt he did not owe.

32.    Section 1692e of the FDCPA prohibits a debt collector from using any false, deceptive or misleading means to collect an alleged debt, including the false representation as to the character, amount, or legal status of any debt. 15 U.S.C.§§ 1692e and 1692e(2)

33.     Section 1692e(10) also prohibits the use of any false representation or deceptive means to collect a consumer debt.

34.     Defendant, in its communication with Plaintiff, misrepresented the character, amount, and legal status of this account in violation of the FDCPA.  15 U.S.C. § 1692e(2).

35.     Defendants used false and deceptive means to attempt to coerce Plaintiff to make payment on an account which had been discharged in bankruptcy.

36.     Plaintiff incurred expenses and suffered anguish and angst over the repetitive suits and collection tactics.

## FAIR DEBT COLLECTION PRACTICES ACT

37.     Plaintiff repeats the allegations contained above as if the same were here set forth at length.

38.     Defendants violated the FDCPA by falsely representing the character, amount and legal status of the account in violation of 15 U.S.C. § 1692e(2).

39.     Defendants violated the FDCPA by making false, deceptive and misleading statements and representations in connection with the collection of this account in violation of 15 U.S.C. §§ 1692e  and 1692e(10).

40.     Defendants violated the FDCPA by seeking to collect amounts not authorized by the agreement creating the debt nor expressly permitted by law, in violation of 15 U.S.C. § 1692f(1).

41.     Defendants violated by suing in the improper venue.  1692i.

42.     Defendants engaged in unfair and unconscionable practices.  15 U.S.C. § 1692f.

**WHEREFORE,** Plaintiff Sam Quarm demands judgment against Defendants for:

> (a)     Damages;

(b)   Attorney's fees and costs; and

(c)   Such other and further relief as the Court shall deem just and proper.

**V.    DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury as to all issues so triable.

Respectfully submitted:

Date:  March 19, 2008

*/s/  Cary L. Flitter CLF5997*
CARY L. FLITTER
K. TIMILY FRAZIER
Attorneys for Plaintiff

LUNDY, FLITTER,
BELDECOS & BERGER, P.C.
450 N. Narberth Avenue
Narberth, PA 19072
(610) 822-0782

# EXHIBIT "A"

Form B18(Official Form 18)
(9/97)



# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                      )
     Sam K. Quarm                                     )
     7733 B Lucretia Mott Way                         )
     Elkins Park, PA 19027                            ) Case Number: 02 - 33626
                                                      )
                                                      )
                                                      )
                                                      )
                                                      ) Chapter: 7
                                                      )
                                                      )
                                Debtor(s)            )
Social Security Number:                                     )
Debtor:                                                     )
                                                      )
                                                      )

## DISCHARGE OF DEBTOR

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:**  The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated:  **02/21/2003**

                                           **BY THE COURT**

                                 *Kevin J. Carey*
                             United States Bankruptcy Judge

## SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

                                                #36

                                                Form 180

# EXHIBIT "B"

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

District/off: 0313-2          User: DonnaR          Page 1 of 1          Date Rcvd: Feb 21, 2003
Case: 02-33626               Form ID: 180          Total Served: 31

The following entities were served by first class mail on Feb 23, 2003.
db      Quarm, Sam K.,    7733 B Lucretia Mott Way,   Elkins Park, PA 19027
tr      SARTIALE, GLORIA.   One McKinley Lane,   Chester Springs, PA 19425
smg     Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,   Allentown, PA 18101
smg     City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg    +City of Philadelphia.   City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,
          1515 Arch Street 15th Floor,   Philadelphia, PA 19102-1504
smg     Commonwealth of PA,   Bureau of Accounts Settlements,   P.O. Box 8901,   Attention: Bankruptcy Unit,
          Harrisburg, PA 17105
smg     Credit Bureau of Lancaster County,   218 West Orange Street,   P.O. Box 1271,   Lancaster, PA 17608
smg     Credit Bureau of Reading & Berks County,   C/o Mr. Mills,   P.O. Box 14114,   Reading, PA 19612-4114
smg     Dun & Bradstreet,   c/o Public Record Data Base,   899 Eaton Avenue,   Bethlehem, PA 18025
smg    +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg     Pennsylvania Department of Revenue,   Bankruptcy Division,   Department 280946,   P.O. Box 280946,
          Harrisburg, PA 17128
smg     Roland C. Smith, General Manager,   Associated Credit Bureau Service,   5910 Hamilton Boulevard,
          Allentown, PA 18106-9773
smg     Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601
smg     Trans Union Credit Information,   760 Sproul Road,   Springfield, PA 19064-4001
smg     U.S. Attorney Office,   c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,
          Philadelphia, PA 19106
5624105 AT T,   Financial Asset Management Systems Inc,   P O Box 620429,   Atlanta GA 30362
5624104 American Education Services,   P O Box 2461,   Harrisburg PA 17105
5624103 American Express,   20022 North 3 I t Avenue,   Mailcode 202,   Phoenix AZ 85027
5624106 Cross Country Bank,   P O Box 310711,   Boca Raton FL 33431
5624107 Ford Motor Credit,   P O Box 3076,   Columbia MD 21045
5745555 Ford Motor Credit Company,   c/o William B. Callahan, Esq.,   Flamm Boroff & Bacine, PC,
          925 Harvest Drive, Suite 220,   Blue Bell, PA 19422
5624109 Household Bank,   Credit Card Services,   P O Box 81622,   Salinas CA 93912
5624108 Household Bank,   P O Box 4144,   Carol Stream IL 60197
5624110 MBNA America,   P O Box 15102,   Wilmington DE 19886-5102
5624111 Providian Bank,   P O Box 660022,   Dallas TX 75266
5624112 Quest Diagnostics,   P O Box 13589,   Philadelphia PA 19101
5624114 Retail Services,   P O Box 17298,   Baltimore MD 21297
5624113 Temple University,   Carnell Hall 040 13,   1801 North Broad Street,   Philadelphia PA 19122
5624115 Verizon,   National Allied Business,   P O Box 35946,   Dallas TX 75235

The following entities were served by electronic transmission on Feb 22, 2003 and receipt of the transmission
was confirmed on:
smg.   +EDI: IRS.COM Feb 22 2003 02:49:00   Internal Revenue Service,   Special Procedures Staff,
          P.O. Box 12051,   Philadelphia, PA 19105-2051
smg     EDI: PADOR.COM Feb 22 2003 02:49:00   Pennsylvania Department of Revenue,   Bankruptcy Division,
          Department 280945,   P.O. Box 280946,   Harrisburg, PA 17128
5730934 EDI: BECKLEN.COM Feb 22 2003 02:49:00   American Express Travel Related Svcs Co,
          c/o Barbara Hamilton Esquire,   PO Box 3001 Dept AC,   Malvern PA 19355
5624106 EDI: APPCARD.COM Feb 22 2003 02:49:00   Cross Country Bank,   P O Box 310711,
          Boca Raton FL 33431
                                                                       TOTAL: 4

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5704383 Laramar Communities, LLC,   dba Lynnewood Gardens,   c/o Joseph J. Kalkbrenner, Jr.,
          Hugos, Kalkbrenner & Adshead LLP,   Suite 205 1250 Germantown Pike
                                                                       TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner
shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Feb 23, 2003                    Signature:

PAGE  04                              ENE TOWING LLC                    2157840231      12/23/2010 15:17

# EXHIBIT "C"

# LUNDY, FLITTER, BELDECOS & BERGER, P. C.
### ATTORNEYS AT LAW
450 N. NARBERTH AVENUE
NARBERTH, PA 19072
(610) 668-0770
FAX (610) 667-0552

STUART R. LUNDY
CARY L. FLITTER
ANTHONY J. BELDECOS
PHILLIP D. BERGER
ERIC C. MILBY
THEODORE E. LORENZ
SUZANNE G. REISMAN
C. SCOTT SPEAR
DEBORA A. GONZALEZ
K. TIMILY FRAZIER

MARLTON, NJ
(856) 338-1300

EMAIL: CFLITTER@LFBB.COM
DIRECT DIAL: 610-822-0782

SENIOR COUNSEL
FRANK SCHWARTZ

July 31, 2007

**VIA TELECOPIER (412-429-7679)**
Gregg L. Morris, Esquire
PATENAUDE & FELIX, A.P.C.
213 East Main Street
Carnegie, PA 15106

**RE: Ford Motor Credit Co. Motor Credit v. Sam Quarm and Wendy Quarm, a/k/a Wendy Albury C.C.P. Berks County, No. 07-4306**

Dear Mr. Morris:

We have been retained by Mr. and Mrs. Sam Quarm in connection with the above matter. We have prepared and filed Preliminary Objections in the above, a copy of which was sent to you last week.

Before incurring the added expense of briefing and arguing the Preliminary Objections, I write to request that you voluntarily dismiss the matter. For some reason, you filed the case in Berks County, when it is apparent from the pleadings that neither Defendant lives in Berks County. Venue is not proper there. *See* Pa.R.C.P. 440. Moreover, as you know, the FDCPA prohibits debt collectors from suing *in fora* other than the judicial district (county) in which the Defendant resides. 15 U.S.C. §1692i(a).

The debt has also been discharged in bankruptcy, a fact of which your firm was previously advised.

Gregg L. Morris, Esquire
July 31, 2007
Page 2

_____

    Please confirm promptly if you will dismiss the pending Berks County action before yet
further expense is incurred.

                                        Very truly yours,

                                        CARY L. FLITTER

CLF:jr
cc:    Samuel Quarm
       Don Maurice, Esquire (via telecopier 908-237-4551)    FAXED
       K. Timily Frazier, Esquire

clf\quarm\correspondence\attorney-court\morris073107let

# EXHIBIT "D"

LUNDY, FLITTER, BELDECOS & BERGER, P.C.
ATTORNEYS AT LAW
450 N. NARBERTH AVENUE
NARBERTH, PA 19072
(610) 668-0770
FAX (610) 667-0552

STUART R. LUNDY
CARY L. FLITTER
ANTHONY J. BELDECOS
PHILLIP D. BERGER
ERIC C. MILBY
THEODORE E. LORENZ
SUZANNE G. REISMAN
C. SCOTT SPEAR
DEBORA A. GONZALEZ
K. TIMILY FRAZIER

MARLTON, NJ
(856) 338-1300

SENIOR COUNSEL

FRANK SCHWARTZ

EMAIL: FRAZIER@LFBB.COM
DIRECT DIAL: 610-668-0018



August 10, 2007

VIA FACSIMILE (412) 429-7679

Gregg L. Morris, Esquire
PATENAUDE & FELIX, A.P.C.
213 East Main Street
Carnegie, PA  15106

**RE:    Ford Motor Credit Co. Motor Credit v. Sam Quarm and Wendy Quarm, a/k/a
Wendy Albury
C.C.P. Berks County, No. 07-4306**

Dear Mr. Morris:

Mr. Cary Flitter asked me to fax to you the attached Bankruptcy Court Discharge of
Debtor, Schedule and Certificate of Service concerning Sam Quarm.

Please advise our office if you will be pursuing your claim against Wendy Albury.  We
are not in a position to stipulate to the transfer from Berks to Philadelphia County.

Please feel free to call me with any questions.

Very truly yours,

K. TIMILY FRAZIER

Enclosures

# EXHIBIT "E"

LAW OFFICES OF

# PATENAUDE & FELIX, A.P.C.

### A PROFESSIONAL LAW CORPORATION

[X] PLEASE REPLY TO OFFICE INDICATED

| [ ] 4545 MURPHY CANYON RD., 3RD FL | [X] 213 EAST MAIN STREET | [ ] 1771 EAST FLAMINGO RD., STE. 112A |
|---|---|---|
| SAN DIEGO, CALIFORNIA  92123 | CARNEGIE, PENNSYLVANIA  15106 | LAS VEGAS, NEVADA  89119 |
| TEL (858) 244-7600  (800) 832-7675 | TEL (412) 429-7675  (800) 832-7675 | TEL (702) 952-2032  (800) 867-3092 |
| FAX (858) 836-0318 | FAX (412) 429-7679 | FAX (702) 992-6286 |

January 25, 2008

Sam Quarm
19 Essex Ct
Norristown PA 19403

RE:  Our Client:           FORD MOTOR CREDIT CO. MOTOR CREDIT
      Account Number:
      Case Number:
      Our File Number:
      Account Balance:       $16,404.95
      Proposed Settlement Amount:      $9,842.97

Dear Sam Quarm:

The purpose of this letter is to advise you of a settlement program regarding your outstanding balance.  The following is the settlement proposal:

We currently have the authority to reduce the outstanding balance on your account by **FORTY PERCENT (40%)**.  The settlement amount must be confirmed with our office *prior* to receipt of funds.  Upon receipt of the settlement proceeds, the account will be considered settled in full, our office will file a satisfaction of judgment in the appropriate court, and no more sums will be due and payable.

Please contact our office immediately at our toll free number  to advise of your intentions.  If you should have any further questions and/or comments, please do not hesitate to call and speak to one of our representatives.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Very truly yours,

LAW OFFICE OF PATENAUDE & FELIX

GREGG L. MORRIS, ESQ.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR**

PF_38A Cap One PJ 60% Stmt D1                    P&F File No. 2801.18